# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PRECIOUS MACKLIN,

    Plaintiff,

v.                                                 Case No: 8:23-cv-1265-CEH-CPT

EQUIFAX INFORMATION
SERVICES LLC,

    Defendant.

_____

## ORDER

The Court has been advised by the Plaintiff's Notice of Settlement with Defendant (Doc. 13) that the parties have reached a settlement in this case and are in the process of finalizing the settlement and closing documents. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** at Tampa, Florida, on July 10, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented parties, if any